USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   UNITED STATES OF AMERICA,

          -against-

   MOHAMED AHMED SAIF,
                             Defendant.
------------------------------------------------------------- X

25-CR-278 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS this case has been assigned to the Undersigned.

IT IS HEREBY ORDERED that all parties shall appear for an arraignment and initial conference on **Thursday, July 24, 2025 at 3:00 P.M.,** in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

**Date:  July 11, 2025**
       **New York, NY**

                                         **VALERIE CAPRONI**
                                       **United States District Judge**