

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

October 17, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/2025
```

**BY ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *United States v. Mohamed Ahmed Saif*, 25 Cr. 278 (VEC)

Dear Judge Caproni,

    The Government writes respectfully on behalf of the parties to request an adjournment of the conference scheduled for next Wednesday, October 22, 2025, at 2:30 p.m., in the above-referenced case. The parties are engaged in discussions regarding a potential pre-trial resolution of this matter and accordingly, request an adjournment of approximately 60 days to allow those discussions to continue. In addition, the Government respectfully requests that time be excluded through the date of the next conference for the reasons stated above. The Government understands from counsel that the defendant consents to the exclusion of time here.

Respectfully,

JAY CLAYTON
United States Attorney

by: /s/ Lisa Daniels

Lisa Daniels
Assistant United States Attorney
(212) 637-2955

cc: Counsel of record (by ECF)

---

Application DENIED. The purpose of the October 22, 2025, conference is to set a schedule for motions and trial. To the extent the parties want a lengthy period to facilitate pre-trial resolution of this matter, they can make that request of the Court at the conference.

SO ORDERED.                    10/20/2025

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE