```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
  UNITED STATES OF AMERICA,         :

                                          :        25-CR-278 (VEC)

        -against-                           :

                                          :           ORDER

                                          :

  MOHAMED AHMED SAIF,              :

                            Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 22, 2025, the parties appeared before the Court.

      IT IS HEREBY ORDERED that pretrial motions and expert disclosures are due **January 9, 2026**. Pretrial motion responses are due **January 30, 2026**. Pretrial motion replies are due **February 13, 2026**.

      *Daubert* motions, motions *in limine*, specific *voir dire* questions, and requests to charge are due **February 13, 2026**. Responses to any motion *in limine* and *Daubert* motion are due **February 27, 2026**.

      IT IS FURTHER ORDERED that all parties shall appear for a final pretrial conference on **Thursday, March 26, 2026, at 2:30 p.m.**, in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. Trial is scheduled to begin on **Monday, March 30, 2026**.

      IT IS FURTHER ORDERED that under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), time is excluded between October 22, 2025, and March 30, 2026, as the ends of justice are

served by allowing time for discovery and the parties to confer regarding possible dispositions, and those interests outweigh the interest of the public and the Defendant in a speedy trial.

**SO ORDERED.**

Date:  **October 23, 2025**
       **New York, NY**

                                        **VALERIE CAPRONI**
                                        **United States District Judge**