**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

March 4, 2026

**BY ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 3/4/2026

Re: *United States v. Mohamed Ahmed Saif*, **25 Cr. 278 (VEC)**

Dear Judge Caproni,

　　The Government writes respectfully on behalf of the parties to request that a change of plea proceeding be scheduled and that trial be adjourned *sine dine* in the above-referenced case. The parties understand that the Court is available on March 24, 2026, at 2:30 p.m., and respectfully request that the change of plea be scheduled for that time. In addition, in light of the defendant's intention to enter of a change of plea and not proceed to trial, the parties request that the trial currently scheduled to begin on March 30, 2026, be adjourned *sine dine*.

Application GRANTED.

Time, which was previously excluded through March 30, 2026, per the Court's October 23, 2026, Order at Dkt. 19, is now excluded through March 24, 2026, because the ends of justice are served by allowing time for the execution of this pretrial disposition, and those interests outweigh the interest of the public and the Defendant in a speedy trial.

SO ORDERED.　　　　　　3/4/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully,

JAY CLAYTON
United States Attorney

by: _____
Lisa Daniels
Assistant United States Attorney
(212) 637-2955

cc: Counsel of record (by ECF)