UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA,                                      :
                                                              :        25-CR-278 (VEC)
            -against-                                          :
                                                              :        ORDER
                                                              :
                                                              :
MOHAMED AHMED SAIF,                                            :
                                    Defendant.                 :
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _3/24/2026_

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 24, 2026, the Court held a change of plea hearing for Mr. Saif;

WHEREAS Mr. Saif entered a plea of guilty to Count One of the Indictment, charging him with violating 18 U.S.C. § 371 by conspiring to (1) commit theft of government funds in violation of 18 U.S.C. § 641 and 2 and (2) misappropriate United States Department of Agriculture benefits in violation of 7 U.S.C. § 2024(b) and 18 U.S.C. § 2; and

WHEREAS the Court accepted Mr. Saif's guilty plea.

IT IS HEREBY ORDERED that Mr. Saif's sentencing will take place on **July 23, 2026, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  Sentencing submissions are due no later than **July 9, 2026**.

**SO ORDERED.**

Date:   **March 24, 2026**
        **New York, NY**

_____
        **VALERIE CAPRONI**
        **United States District Judge**