ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

**MEMO ENDORSED**

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2026

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway

David Stern
_____
Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

July 1, 2026

Hon. Valerie E. Caproni
United States District Court
500 Pearl Street
New York, New York 10007

United States v. Mohamed Ahmed Saif
25 Cr. 278 (VEC)

Dear Judge Caproni:

I am co-counsel for Mr. Saif in the above captioned case. Due to the impossibility of obtaining a flight to Djibouti for the scheduled July 6th embassy appointment, which we learned of yesterday late afternoon, we are respectfully withdrawing our application for modification of Mr. Saif's conditions of release.

I also write seeking a one month extension of Mr. Saif's sentence date and sentence submission due date to allow for the defense to gather documents and information which is essential to our submission. The government has no objection to this request.

If you have any questions regarding this application please contact my office.

Thank you for your attention in this matter.

Respectfully submitted,

*David Stern*

David Stern

The conference scheduled for July 1, 2026, is now canceled. The sentencing scheduled for July 23, 2026, is now adjourned to **Tuesday, August 18, 2026, at 11:15 a.m.** Submissions are due **no later than August 4, 2026.**

SO ORDERED.                    7/1/2026

*Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE