ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/2026

Hon. Valerie E. Caproni
United States District Court
500 Pearl Street
New York, New York 10007

Re: US v. Mohamed Ahmed Saif
25 Cr. 278 (VEC)

Dear Judge Caproni:

I am co-counsel for Mr. Saif in the above captioned case. I write seeking an approximately two week adjournment of Mr. Saif's sentence presently scheduled for August 18, 2026 to a date the first week of September or a date thereafter convenient to the government and the Court. I have communicated with AUSA Joseph Stern who is handling this matter for the government, and does not object to this request. He asks, however, that I inform your Honor that he will be unavailable the afternoon of September 9, 2026.

I make this request because I need to travel out of the country the last two weeks of August to work on two capital cases, one of which has a fast approaching deadline for defense submissions. I do not seek an adjournment of the date for the defense sentencing letter which will be filed tomorrow.

If you have any questions regarding this request please contact my office.

Respectfully submitted,

David Stern

David Stern

Application GRANTED. This sentencing is now adjourned from August 18, 2026, to **Friday, October 23, 2026, at 2:30 p.m.**

SO ORDERED. 8/5/2026

Valerie Caproni

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE