ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

**MEMO ENDORSED**

October 14, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/2026

Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Mohamed Ahmed Saif
25 Cr. 278(VEC)

Dear Judge Caproni:

We are the attorneys of record for the defendant, Mohamed Ahmed Saif, in the above-referenced matter.

The Defense respectfully requests that the Court adjourn the sentence of the defendant, which has been scheduled before your Honor for October 23, 2026 at 2:30 p.m., to a date during the week of November 23, 2026 or thereafter, convenient to the Court.

This adjournment is necessary as co-counsel, Edward M. Kratt, has unanticipated medical treatment, outside of New York, scheduled during the weeks of October 19th and 26th and, hence, is unable to appear on the scheduled date.

Further, I am currently on trial in U.S. District Court, Eastern District of New York, before the Honorable Ramon E. Reyes in the matter of USA v. Jason Soto, 24 Cr. 511(RER).

Although, the exact date of the resolution of that matter is unpredictable, the Defense will need additional time, beyond October 23, 2026, to prepare the Defendant for sentencing.

We thank the Court for its consideration in this matter.

Sincerely,

_____/s/_________
David Stern
Edward M. Kratt
Attorneys for Mohamed Ahmed Saif

The sentencing currently scheduled for Friday, October 23, 2026, is now adjourned to **Wednesday, December 9, 2026, at 3:00 p.m.**

SO ORDERED. 10/16/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE